**99–1765.   State ex rel. Landis v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by William S. Landes, Jr. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1766.   State v. Dickens.**

Clermont App. No. CA98–09–075. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

Resnick, F.E. Sweeney, Pfeifer and Lundberg Stratton, JJ., concur.

Moyer, C.J., Douglas and Cook, JJ., dissent, would accept the conflict, and would hold this cause for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191.

**99–1767.   Hefner v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by William G. Hefner and on motion for leave to supplement petition. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.